1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                          CENTRAL DISTRICT OF CALIFORNIA
9
10   JONATHAN O. PUGH,                      )    No.  CV 11-7771-GW (AGR)
                                            )
11                  Petitioner,             )
                                            )    ORDER ACCEPTING FINDINGS AND
12        v.                                )    RECOMMENDATION OF UNITED
                                            )    STATES MAGISTRATE JUDGE
13   MARTIN BITER, Warden, et al.,          )
                                            )
14                  Respondent.             )
                                            )
15   ─────────────────────────────────────
16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

17   file, and the Report and Recommendation of the United States Magistrate Judge.

18   Further, the Court has engaged in a *de novo* review of those portions of the Report to

19   which Petitioner has objected.  The Court accepts the findings and recommendation

20   of the Magistrate Judge.

21        IT IS ORDERED that Judgment be entered denying the Petition and dismissing

22   this action with prejudice.

23

24   DATED:  June 18, 2012          _____
                                                    GEORGE H. WU
25                                            UNITED STATES DISTRICT JUDGE
26
27
28