UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN O. PUGH,<br>        Petitioner,<br>  v.<br>MARTIN BITER, Warden, et al.,<br>        Respondent. | No. CV 11-7771-GW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: June 18, 2012               _____
                                                      GEORGE H. WU
                                        UNITED STATES DISTRICT JUDGE